**Dismissed and Memorandum Opinion filed May 6, 2014.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-14-00289-CR

---

**LEE AUTHOR REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1400583**

# M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to assaulting a public servant, causing bodily injury. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on March 6, 2014, to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).